UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATRONE DALE BOSTICK,

              Petitioner,

v.

STATE OF WASHINGTON,

              Respondent.

Case No. 3:20-cv-06262-JCC-TLF

REPORT AND RECOMMENDATION

Noted for March 26, 2021

The District Court has referred this 28 U.S.C. § 2254 action to United States Magistrate Judge Theresa L. Fricke. Proceeding *pro se*, petitioner has filed a proposed habeas petition under 28 U.S.C. § 2254. By letter dated 1/6/2021, petitioner was granted 30 days to either pay the filing fee or submit a completed application to proceed *in forma pauperis* ("IFP"), along with a certified copy of his prison trust account statement showing transactions for the past six months. Dkt. 2. Petitioner was advised that failure to respond to the letter by 2/5/2021, could result in dismissal of the case. *Id.*

To date, petitioner has neither paid the filing fee nor corrected the IFP deficiency. Accordingly, the Court recommends this action be DISMISSED without prejudice for failure to pay the filing fee as required by 28 U.S.C. § 1914. The Court also recommends that a certificate of appealability be denied. A proposed order accompanies this Report and Recommendation.

The parties have **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); Federal Rule of Civil Procedure 72(b); *see also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140

REPORT AND RECOMMENDATION - 1

(1985). Accommodating the above time limit, the Clerk shall set this matter for consideration on **March 26, 2021**, as noted in the caption.

Dated this 9th day of March, 2021.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2