UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATRONE DALE BOSTICK,

                Petitioner,

     v.

STATE OF WASHINGTON,

                Respondent.

Case No. C20-6262-JCC

ORDER

The Court, having reviewed the record, and the Report and Recommendation of United States Magistrate Judge Theresa L. Fricke, does hereby ORDER:

(1) The Court ADOPTS the Report and Recommendation;

(2) Petitioner's federal habeas corpus petition is DISMISSED without prejudice;

(3) A certificate of appealability is DENIED in this case; and

(4) The Clerk is DIRECTED to send copies of this order to the parties and Judge Fricke.

DATED this 26th day of March 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-6262-JCC
PAGE - 1